AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )  |
|---|---|
| v. | ) Case: 1:21-mj-00173 |
| William D. Merry Jr. | ) Assigned to: Judge Zia M. Faruqui |
|  | ) Assign Date: 1/27/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
| Defendant |  |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     William D. Merry Jr.     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 641-Theft of Government Property
18 U.S.C. § 1752(a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly Conduct Which Impedes the Conduct of Government Business
40 U.S.C. § 5104(e)(2) Disruptive Conduct in the Capitol Buildings

Date: 01/27/2021

2021.01.27 18:30:24 -05'00'

*Issuing officer's signature*

City and state:     Washington, D.C.     Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 01/27/2021, and the person was arrested on *(date)* 02/04/2021
at *(city and state)* St. Louis, Missouri.

Date: 02/04/2021

*Arresting officer's signature*

MATTHEW BRUNO   Special Agent
*Printed name and title*