UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| | MAGISTRATE NO. 21-mj-173 |
| v. | VIOLATION: |
| WILLIAM MERRY, | 18 U.S.C. § 641 |
| Defendant. | (Theft of Government Property) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, WILLIAM MERRY did embezzle, steal, purloin, knowingly convert to his use and the use of another, and without authority, sold, conveyed and disposed of any record, voucher, money and thing of value of the United States and any department and agency thereof, that is, a shard of a sign previously designating Speaker Nancy Pelosi's office suite within the U.S. Capitol, which has a value of less than $1000.

**(Theft of Government Property, in violation of Title 18, United States Code, Section 641)**

MATTHEW GRAVES
United States Attorney
D.C. Bar No. 481052

*Jessica Arco /s/*
Jessica Arco
Trial Attorney – Detailee
D.C. Bar Number 1035204
U.S. Attorney's Office for the District of Columbia
555 4th Street NW
Washington, DC 20530
(202) 514-3204
Jessica.arco@usdoj.gov