UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 21-cr-748 (JEB) |
| | ) | |
| William D. Merry, Jr., *defendant*. | ) | |

CONSENT MOTION TO CONTINUE SENTENCING

Defendant, through undersigned counsel Nathan I. Silver, II, Esq., ("counsel") appointed by this Court under the Criminal Justice Act, respectfully moves the Court, with the consent of the United States, to continue the sentencing set for March 21, 2022 at 11:00 a.m. until Monday, April 11, 2022, at a time to be set by the Court, for the reason that follows.

The government has advised defendant, through counsel, that defendant in a related case (*United S. v. Westover*, 21-cr-697 [JEB]) seeks a continuance of his hearing from March 21 to April 11. The government advised defendant it would consent to that request. It further advised that it would consent, at the defendants' option, to a continuance of the sentencings in the instant case and in *United States v. Emily Hernandez* (21-cr-747 [JEB]), the other related case. In the circumstances, with the consent of the United States, defendant moves the Court to continue the sentencing to April 11, 2022, at a time convenient with the parties to be set by the Court.

A proposed Order is attached.

WHEREFORE, the defendant respectfully moves the Court to grant said relief.

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II

Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on Jessica Arco, Esq., DOJ-USAO, attorney of record for the government in the instant case, this 17th day of March, 2022.

/s/
_____
*Nathan I. Silver, II*