# Exhibit

