UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | USDC No. 21-cr-748 (JEB) |
| ) | |
| William D. Merry, Jr., *defendant*. ) | |

ORDER

Upon good cause shown in Defendant's Unopposed Motion to Modify Judgment, the lack of opposition from the United States, and on other evidence before the Court in the record of the case, it is hereby

ORDERED, this 12t day of Apr. 1, 2022, that the Judgment in a Criminal Case, ECF Doc. 49 at page 2, is hereby modified to read as follows: "The Court makes the following recommendations to the Bureau of Prisons: The Buzz Westfall Justice Center, 100 S. Central Ave., Clayton, MO 63105," and it is further

ORDERED, that all other terms and conditions of the Judgment shall remain as previously imposed.

Hon. James E. Boasberg, United States District Judge
United States District Court for the District of Columbia

cc: Nathan I. Silver, Esq.
6300 Orchid Drive
Bethesda, MD 20817-5614
By ECF

Jessica Arco, Esq.
U.S. Department of Justice-USAO
By ECF